# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Stephen V. | U.S. District Court | 06/28/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court <br> 312 N. Spring Street, Room 217J <br> Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3 | |

DISCLOSURE OFFICE 2010 JUN 30 A 10: 05 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2 | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | |
| 3 | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate-Partner | D | Dividend | O | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | M | W | | | | | |
| 3 Sandpiper LTD - | D | Dividend | M | W | | | | | |
| 4. Capital - Partner | C | Dividend | M | W | | | | | |
| 5. Capri - NY | G | Rent | P2 | W | | | | | |
| 6. Malibu (NY) | E | Rent | P2 | W | Sold (part) | 02/09/09 | M | G | Feldnan |
| 7. BONDS: | | | | | | | | | |
| 8. State of Israel Bond | B | Interest | K | T | | | | | |
| 9. BROKERAGE ACCT #1 | | | | | | | | | |
| 10. UB Highmark Div. MM | | None | L | T | | | | | |
| 11. CA State Wtr Dev | | None | | | Redeemed | 03/02/09 | M | | |
| 12. CA St GO | | None | M | T | | | | | |
| 13. LA CA Uni Sch Dist | | None | M | T | | | | | |
| 14. CA ST Runs | | None | | | Redeemed | 05/20/09 | O | | |
| 15. Alameda Cnty Pension Plan | | None | M | T | Buy | 04/08/09 | M | | |
| 16 Baldwin Park CA Uni Schl Dist | | None | L | T | Buy | 08/10/09 | L | | |
| 17. CA St. Rev Antics NTS | | None | O | T | Buy | 09/29/09 | O | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCT #2 | | | | | | | | | |
| 19. MSSB MM Funds | | None | N | T | | | | | |
| 20. Fed Natl Mtg. Assoc | | None | M | T | | | | | |
| 21. FHLMC | | None | N | T | Redeemed (part) | 12/15/09 | L | | |
| 22. FHL Mtg Corp | | None | | | Redeemed | 04/15/09 | N | | |
| 23. GNMA | | None | M | T | Buy | 12/16/09 | M | | |
| 24. BROKERAGE ACCT #3 | | | | | | | | | |
| 25. IRA - Charter Prime MM Fund | | None | P1 | T | | | | | |
| 26. FHLB | | None | | | Redeemed | 02/19/09 | P1 | | |
| 27. Fed Farm C. BK | | None | P1 | T | Buy | 02/19/09 | P1 | | |
| 28. " " | | None | | | Redeemed | 05/9/09 | P1 | | |
| 29. CNI Gov't MM | | None | L | T | | | | | |
| 30. Lehman Bros CD | | None | | | Redeemed | 04/02/09 | L | | |
| 31. Wash Tr Bk CD | | None | | | Redeemed | 05/20/09 | L | | |
| 32. Bankers Tr CD | | None | | | Redeemed | 05/29/09 | L | | |
| 33. Goldman Sachs CD | | None | | | Redeemed | 05/05/09 | M | | |
| 34. NCB Svgs Bk CD | | None | | | Redeemed | 05/05/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $75,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. First Merchants Bk CD | | None | | | Redeemed | 06/19/09 | M | | |
| 36. Bank Amer NA CD | | None | | | Redeemed | 03/31/09 | M | | |
| 37. Midwest Bk & Tr CD | | None | | | Redeemed | 06/30/09 | M | | |
| 38. Branch Bkg & Tr CD | | None | | | Redeemed | 07/22/09 | K | | |
| 39 CA ST Bonds | | None | M | T | Buy | 03/26/09 | M | | |
| 40. Ally Bk Midvale Utah CD | | None | M | T | Buy | 08/12/09 | M | | |
| 41 Bank America Char NC CD | | None | M | T | Buy | 08/12/09 | M | | |
| 42. Standard Bk & Tr Co IL CD | | None | M | T | Buy | 08/12/09 | M | | |
| 43. Midfirst Bk Okla City CD | | None | M | T | Buy | 08/05/09 | M | | |
| 44. CA ST GO Bonds | | None | L | T | Buy | 10/08/09 | L | | |
| 45. BROKERAGE ACCT #4 | | | | | | | | | |
| 46. CA ST RFDG | | None | L | T | | | | | |
| 47. CA ST Var Purp | | None | L | T | | | | | |
| 48 CA ST RFDG | | None | L | T | | | | | |
| 49. CA ST Var Purp | | None | M | T | | | | | |
| 50. FHLB | | None | | | Redeemed | 02/12/09 | M | | |
| 51. FHLMC | | None | | | Redeemed | 02/25/09 | M | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 CA ST | | None | | | Redeemed | 06/22/09 | L | | |
| 53. CA ST | | None | L | T | | | | | |
| 54. CA GO | | None | L | T | Buy | 01/07/09 | L | | |
| 55. CA ST Economic Rec Ser | | None | M | T | Buy | 04/03/09 | M | | |
| 56. CA St Var Purp | | None | K | T | Buy | 08/19/09 | K | | |
| 57. CA St Antic | | None | M | T | Buy | 09/29/09 | M | | |
| 58 RMA Fund Inc | | None | K | T | | | K | | * see explanation |
| 59 BROKERAGE ACCT #5 | | | | | | | | | |
| 60. CA ST GO | | None | N | T | | | | | |
| 61 BS Fed Fund | | None | M | T | | | | | |
| 62 State of CA | | None | M | T | | | | | |
| 63. Puerto Rico Comwlth | | None | L | T | | | | | |
| 64. Fed Hm Loan Bk | | None | | | Redeemed | 01/23/09 | M | | |
| 65. GE Money Bk CD | | None | | | Redeemed | 12/18/09 | L | | |
| 66. Viking Bk Seattle WA | | None | M | T | Buy | 01/26/09 | M | | |
| 67 " " " " | | None | | | Redeemed | 12/30/09 | M | | |
| 68. Bank Baroda NY | | None | J | T | Buy | 03/11/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less<br>F - $50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q --Appraisal<br>U -Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  CA St Rev Antics CS NTS | | None | J | T | Buy | 09/24/09 | J | | |
| 70.  BROKERAGE ACCT #6 | | | | | | | | | |
| 71.  Centennial CA - name changed to AGE Bk Sept.08 | | None | J | T | | | | | |
| 72.  CA ST RFDG | | None | L | T | | | | | |
| 73.  CA ST Var Purp | | None | M | T | | | | | |
| 74.  CA ST Var Purp | | None | M | T | | | | | |
| 75.  CA ST FGIC | | None | L | T | | | | | |
| 76.  Oakland CA Ser | | None | K | T | | | | | |
| 77.  CA ST | | None | | | Redeemed | 08/03/09 | K | | |
| 78.  Pasadena CA USD | | None | | | Redeemed | 11/02/09 | K | | |
| 79  CA State | | None | | | Redeemed | 02/03/09 | L | | |
| 80.  Central CA JT | | None | K | T | | | | | |
| 81  Fedl Hm Ln Bk | | None | K | T | | | | | |
| 82  US Treas | | None | K | T | | | | | |
| 83.  CA ST | | None | L | T | | | | | |
| 84  CA ST Var Purp | | None | K | T | | | | | |
| 85.  Fremont CA CTF | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | X =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CA ST Dept Water | | None | L | T | | | | | * see explanation |
| 87. " " " " | | None | | | Redeemed | 12/13/09 | M | | |
| 88. CA ST RFDG | | None | K | T | | | | | |
| 89. University CA RVS | | None | L | T | | | | | |
| 90. Las Virgenes CA Uni Schl | | None | K | T | | | | | |
| 91. CA ST | | None | K | T | | | | | |
| 92. CA ST | | None | K | T | | | | | |
| 93. LA CA Dept Water | | None | K | T | | | | | |
| 94. CA ST | | None | M | T | | | | | |
| 95. LA CA Dept Wtr & Pwr | | None | L | T | Buy | 01/28/09 | L | | |
| 96. " " " " " | | None | | | Redeemed | 07/01/09 | L | | |
| 97. CA ST Var Purp | | None | M | T | Buy | 03/25/09 | M | | |
| 98. CA ST RFDG BE | | None | L | T | Buy | 03/24/09 | L | | |
| 99. CA ST RFDG BE | | None | K | T | Buy | 04/06/09 | K | | |
| 100. ABC CA Unified SD | | None | K | T | Open | | K | | *see explanation |
| 101. CA ST | | None | M | T | Open | | M | | *see explanation |
| 102. " " | | None | | | Redeemed | 04/01/09 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CA ST UNREF Bal-Ref | | None | K | T | Buy | 08/19/09 | K | | |
| 104. CA ST Water Res Dev-Ser | | None | K | T | Buy | 08/24/09 | K | | |
| 105. CA ST Rev Antic NTS | | None | L | T | Buy | 09/24/09 | L | | |
| 106. LA CA MTA | | None | L | T | | | | | *see explanation |
| 107. " " " | | None | | | Redeemed | 11/06/08 | L | | *see explanation |
| 108 CA ST RFDG | | None | K | T | Buy | 12/02/09 | K | | |
| 109. BROKERAGE ACCT #7 | | | | | | | | | |
| 110. Citibank Bk Dep Program | | None | K | T | | | | | |
| 111 Fed Natl Mtg Assn Debs | | None | | | Redeemed | 05/15/09 | L | | |
| 112 CA ST | | None | L | T | | | | | |
| 113. CA ST Var Purp | | None | K | T | | | | | |
| 114. CA CT Var Purp | | None | K | T | | | | | |
| 115. CA ST Var Purp | | None | L | T | | | | | |
| 116. CA ST | | None | M | T | | | | | |
| 117. CA ST Var Purp | | None | O | T | | | | | |
| 118. CA ST | | None | M | T | | | | | |
| 119. CA ST Var Purp | | None | M | T | Buy | 01/08/09 | M | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. CA ST REV ANTIC | | None | M | T | Buy | 09/24/09 | M | | |
| 121. CA ST REV ANTIC | | None | M | T | Buy | 09/24/09 | M | | |
| 122. BROKERAGE ACCT #8 | | | | | | | | | |
| 123. ML Short Term Global Income Black Rock IRRA | | None | L | T | | | | | |
| 124. NY ST Pwr Auth Rev Gen Purp R | | None | K | T | | | | | |
| 125. Mutual Fund - Muni Inv Trust | | None | M | T | | | | | |
| 126. Mutual Fund - NUV NY Select | | None | | | Redeemed | 07/09/09 | M | | |
| 127. CA ST | | None | J | T | | | | | |
| 128. CA ST | | None | L | T | | | | | |
| 129. CA ST | | None | L | T | | | | | |
| 130. CA ST | | None | K | T | | | | | |
| 131. LA CA | | None | K | T | | | | | |
| 132. CA ST | | None | K | T | | | | | |
| 133. ML Bank USA RASP CMA Fund | | None | N | T | | | | | |
| 134. Capmark Bank Midvale CD | | None | L | T | Buy | 04/30/09 | L | | |
| 135. Sallie Mae Bank, M. Utah | | None | L | T | Buy | 04/30/09 | L | | |
| 136. CA ST Rev Antic NTS | | None | M | T | Buy | 09/24/09 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. BROKERAGE ACCT #9 | | | | | | | | | |
| 138. CW Genl Govt Mny Mkt ClB | | None | J | f | | | | | |
| 139. CA ST GO | | None | | | Redeemed | 10/01/09 | L | | |
| 140. CA ST | | None | | | Redeemed | 02/02/09 | K | | |
| 141. CA ST Economic | | None | N | T | | | | | |
| 142. CA ST | | None | L | T | Buy | 02/11/09 | L | | |
| 143. CA ST REV | | None | N | T | Buy | 09/01/09 | N | | |
| 144. BROKERAGE ACCT #10 | | | | | | | | | |
| 145. MM Funds - RBC | | None | K | T | | | | | |
| 146. E Trade CD | | None | | | Redeemed | 1/16/09 | L | | |
| 147. GMAC BK CD | | None | | | Redeemed | 1/16/09 | L | | |
| 148. Park Sterling Bk CD | | None | | | Redeemed | 03/03/08 | M | | *see explanation |
| 149. Sterlings Savgs Bk CD | | None | | | Redeemed | 01/16/09 | L | | |
| 150. Wash Mutual Bk CD | | None | | | Redeemed | 03/03/08 | L | | *see explanation |
| 151. Northpoint Bk CD | | None | | | Redeemed | 01/16/09 | L | | |
| 152 Cap One Bk CD | | None | | | Redeemed | 01/16/09 | L | | |
| 153. State of CA GO | | None | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 154  State of CA GO | | None | L | T | | | | | |
| 155.  State of CA GO | | None | L | T | | | | | |
| 156  CA ST GO | | None | K | T | | | | | |
| 157.  CA ST Rev Antics NTS | | None | O | T | Buy | 09/24/09 | O | | |
| 158.  BROKERAGE ACCT #11 | | | | | | | | | |
| 159  Pennsylvania ST | | None | M | T | Redeemed (part) | 07/10/09 | M | | *see explanation |
| 160  ITT Corp | | None | K | T | | | | | |
| 161.  Genl Mtrs | | None | K | T | | | | | |
| 162.  FT Enhance Eqty | | None | J | T | | | | | |
| 163.  FNMA MTN Bond | | None | | | Redeemed | 04/19/09 | K | | |
| 164.  TVA Electrnts | | None | | | Redeemed | 03/19/09 | K | | |
| 165.  General | | None | K | T | Buy | 03/20/09 | K | | |
| 166.  So. CA | | None | K | T | Buy | 08/03/09 | K | | |
| 167.  BROKERAGE ACCT #12 | | | | | | | | | |
| 168.  Wachovia MM Fund - Inv Cash Tr Treasury | | None | N | T | | | | | |
| 169.  CA ST RFDG | | None | L | T | | | | | |
| 170  US Treas Nts | | None | M | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. CA ST | | None | L | T | | | | | |
| 172. Top Ships Inc | | None | K | T | | | | | |
| 173. Fed Natl Assn | | None | | | Redeemed | 07/13/09 | N | | |
| 174. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V. | 06/28/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Page 7 -  Line 58: RMA:  Should have been on privious reports

Page 9 - Line 86:       CA ST:  This was on the 2007 Report and should have been listed on the 2008 Report

Page 9 - Line 100:        ABC CA Unified ·  This should have been on last year's report.

Page 9 - Line 101: CA ST:   This should have been on last year's report

Page 10 - Line 106 & 107:       LA CA MTA:  This should have been on 2008 report (purchased in 2007, redeemed 2008)

Page 12  - Line 148:       Park Sterling Bk CD  This was purchased in 2008 and redeeemed in 2008

Page 12 - Line 149:       Wash Mutual Bk CD·    This was purchaed on 1/9/08 and redeemed 3/3/08

Page 13 --Line159: Pennsylvania -- Column C(1) should be M on last year's report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544